```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE JOHNSTON, individually and as
Personal Representative of the Estate of
JAMES R. JOHNSTON, deceased, and for the
benefit of all distributees of JAMES R. JOHNSTON,
deceased,

                                Plaintiff,

            -against-

DONJON MARINE CO. INC. and the Tug Boat
MARY ALICE, its tackle, appurtenances and
equipment *in rem,*

                                Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**23-CV-471 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 17).  A telephone conference will be held on **Thursday, April 27, 2023 at 4:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: March 9, 2023
      New York, New York

                                              *Katharine H Parker*
                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge