# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
15 MAIDEN LANE
SUITE 1202
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

April 5, 2023

NEW JERSEY OFFICE
21 KILMER DRIVE, SUITE G
MORGANVILLE, NJ 07751

VIA ECF

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

Re:   Katherine Johnston v. Donjon Marine
      Co., Inc., et ano
      23 cv-471 (VSB)(KHP)

Dear Judge Parker:

      We represent plaintiff, Katherine Johnston, in the captioned action scheduled for a telephone conference on Thursday, April 27, 2023 at 4:00 p.m. in advance of a settlement conference.  (Doc 19)  The undersigned is scheduled to be out of town and to be on an airplane at 4:00 p.m. that day.  I write to request that the conference be rescheduled to the morning of that day or to April 28, 2023.  I have spoken to Gino A. Zonghetti of Kaufman, Dolowich & Voluck, LLP who represents the defendants and he has no objection to this request.

      Thank you for your consideration and we look forward to the Court's advices.

Respectfully submitted,

FRIEDMAN, JAMES & BUCHSBAUM LLP

John P. James

JPJ:kk

cc:   Gino A. Zonghetti, Esq.
      Kaufman, Dolowich & voluck, LLP
      [Via ECF]

---

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   4/6/2023

The settlement status call scheduled for April 27, 2023, at 4:00 p.m. is rescheduled to **Tuesday, April 18, 2023 at 3:00 p.m. Please dial (866) 434-5269, Access code: 4858267.**