# FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
15 MAIDEN LANE
SUITE 1202
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2023

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
21 KILMER DRIVE, SUITE G
MORGANVILLE, NJ 07751

November 6, 2023

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY  10007

> **APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for <u>Tuesday, November 7, 2023 at 10:00 a.m.</u> is hereby adjourned sine die.
>
> **APPLICATION GRANTED**
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 11/06/2023

Re:  Katherine Johnston, individually, et al.
      v. Donjon Marine Co., Inc., et ano
      23 cv-471 (AS)(KHP)

Dear Judge Parker:

We represent plaintiff Katherine Johnston in the captioned action and refer to the telephone conference conducted November 3rd with the undersigned and Gino Zonghetti, Esq., attorney for the defendants. The parties do not believe the settlement conference scheduled for tomorrow will be productive and accordingly, we request the Court cancel the conference.

Thank you and if you require any additional information, please advise.

Respectfully,

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

By:  */S/John P. James*

John P. James

JPJ:kk

cc:  Gino A. Zonghetti, Esq.
     Kaufman, Dolowich & Voluck, LLP
     Attorneys for Defendants
     gzonghetti@kdvlaw.com